OCT - 7 2009

LEONARD GREEN, Clerk

TO: Honorable Clerk of U.S. Ct. of ALLEALS – 6th Cir.
100 East 5th St. 540 potter Stewart U.S. Cthse, Cincinnati, OH 45202-3988

From: Young Bok Song # 379747
N.E.C.X.  P.O. Box 5000, Mountain City, TN 37683

Re: Young Bok Song v. Brett Gipson, et al.
Case No.: 09-5480
(Originated 3:09-CV-00239)

Date: October 2, 2009.


Dear Honorable
God bless you, your family, and your duties.

On regard the Petitioner's Motion to Appoint a KOREAN-Language Interpreter
which the Petitioner Filed before to this Honorable Court, here, now the
Petitioner submit the recent informations to support the Motion for KOREAN-
Language Interpreter. The Petitioner submit;
(1). The Affidavit from the Court-Appointed KOREAN-Language Interpreter,
(2). The Letter from the KOREAN Consular General.

And, also, the Petitioner respectfully re-new the Motion to Appoint a KOREAN-
Language Interpreter, and the Motion to Appoint the Counsel in this Honorable
Court's Proceedings too for the "Law abd Equity", "Supreme Law of the Land",
"Fundamental & Substantial Due Process Rights", "Equal Protection of the Law",
and for the best interest of the "Justice" which all Guaranteed in the Both
U.S. Constitution and the TN Constitution, and TN. S.Ct. Rule 41 and 42.

Thank you very much.

Sincerely,

Young Bok Song  # 379747, Pro Se.

**RECEIVED**

TO the Honorable Clerk of U.S. Ct. of APPEALS — 6th CIR.
   100 East 5th St. 540 Potter Stewart U.S. Cthse, Cincinnati, OH 45202-3988

LEONARD GREEN, Clerk

From: Young Bok Song # 379747
     N.E.C.X.  P.O. Box 5000, Mountain City, TN 37683

Re: Young Bok Song v. Steve Randolph Dozier.
   Case No.: 09-5589
         (Originated 3:09-CV-00253)

Date: October 2, 2009.


Dear Honorable
God bless you, your family, and your duties.

On regard the Petitioner's Motion to Appoint a KOREAN-Language Interpreter
which the Petitioner Filed before to this Honorable Court, here, now the
Petitioner submit the recent informations to support the Motion for KOREAN-
Language Interpreter. The Petitioner submit;
(1). The Affidavit from the Court-Appointed KOREAN-Language Interpreter,
(2). The Letter from the KOREAN Consular General.

And, also, the Petitioner respectfully re-new the Motion to Appoint a KOREAN-
Language Interpreter, and the Motion to Appoint the Counsel in this Honorable
Court's Proceedings too for the "Law and Equity", "Supreme Law of the Land",
"Fundamental & Substantial Due Process Rights", "Equal Protection of the Law",
and for the best interest of the "Justice" which all Guaranteed in the Both
U.S. Constitution and the TN Constitution, and TN. S.Ct. Rule 41 and 42.

Thank you very much.

                                   Sincerely,

                                   Young Bok Song  # 379747, Pro Se.

AFFIDAVIT

Kenneth Kim, Ph.D.
Professor Emeritus of the University of Tennessee
President of New Hope Mission, Inc.
Court Appointed Korean Language Interpreter

12409 Butternut Cir.        Tel: (865) 671-2335 (H)
Knoxville, TN 37934               (865) 406-7613 (C)

I, Kenneth Kim, was appointed as a Korean Language Interpreter for the Korean national Young Bok Song #379747 by the Honorable Court for Johnson City, TN (Judge Honorable Robert E. Cupp), for the proceeding of the State Habeas Corpus on the 25th day on September, 2009.

Upon this Honorable Court's approval, I am willing to assist the Korean national Young Bok Song #379747 who is an English-Language-Learner (E.L.L.) and the limited English Proficiency (L.E.P.) to ensure put Mr. Song's foot to the similar level with who have no problem with the English Language for the "Equal Access to the Justice" and for the "Law and Equality" as guaranteed in the both Constitution of the United States of America and Tennessee, and especially in the TN S. Ct. Rule 41 and 42.

Sincerely,

*Kenneth Kim*
Affiant  Kenneth Kim

NOTARY PUBLIC

THOMAS J. DAMATO
STATE OF TENNESSEE
NOTARY PUBLIC
KNOX COUNTY

My Commission Expires Aug. 29, 2012



CONSULATE GENERAL OF THE REPUBLIC OF KOREA

SUITE 500, INTERNATIONAL TOWER
229 PEACHTREE STREET
ATLANTA, GEORGIA 30303

PHONE: (404) 522-1611
FAX: (404) 521-3169

August 24, 2009

To Whom It May Concern:

This letter is being issued based on a request made from a Korean national Young Bok Song.

When a Korean national is detained by the authorities of the United States of America, notification of arrest should be sent to the appropriate Consulate. The Korean Consulate will then provide the needed help, assistance, or support for the specified Korean national that is deemed appropriate and within our limitations. The Consulate was not properly notified at the time of Mr. Song's arrest, therefore such assistance was not able to be provided to Mr. Song. However, in the time since his arrest and trial, Mr. Song has been in contact with Consulate, and the proper amount of assistance, based on our limitations, has been given.

} * See below

The Korean Consulate is bound to provide at minimum, and if requested, a language interpreter so as to remove any possible language barriers that would obstruct the fairness of a trial. Also, the Korean Consulate would provide advice to the Korean national detainee regarding the constitutional and cultural difference between the two countries, USA and the Republic of Korea, to ensure fundamental fairness. The Korean Consulate will not provide specific legal advice.

Our limitations at the Korean Consulate are based on three different documents: Charter of the United Nations: Vienna Convention on Consular Relations, the Constitution of the United States, and the Constitution of the Republic of Korea.

Should any further explanation be required, please contact the undersigned.

Sincerely,

Yongkil Kim
Consul

Consulate General of the Republic of Korea

*  { Arrest was in 2003,
   { Trial was in 2004,
   { 1st Contact w/Consular was in 2008,
   { Consular's help was from in 2008.

AFFIDAVIT

Kenneth Kim, Ph.D.
Professor Emeritus of the University of Tennessee
President of New Hope Mission, Inc.
Court Appointed Korean Language Interpreter

12409 Butternut Cir.     Tel:  (865) 671-2335 (H)
Knoxville, TN 37934              (865) 406-7613 (C)

I, Kenneth Kim,  a court appointed Korean-Language Interpreter for the Korean national Young Bok Song, #379747, upon Mr. Song's request, prepared this Petition/Motion/Letter and/or other on the 2nd day of Oct, 2009.

In my understanding and knowledge, I translated from the Korean language to English language correctly and truthfully upon Mr. Song's request.

Hereby, I affirm the forgoing.

Sincerely,

Affiant  Kenneth Kim

YOUNG BOK SONG #379747
N.E.C.X.
P.O. BOX 5000
MOUNTAIN CITY, TN 37683



LEGAL MAIL

HON. U.S. CT. OF APPEAL CLERK
100 EAST 5TH STREET
540 POTTER STEWART U.S. CTHSE.
CINCINNATI, OH 45202-3988

45202-3988444    C004

JOHNSON CITY TN 376

05 OCT 2009 PM 1 L





LEGAL MAIL

LEGAL MAIL from Correspondence
this facility is not responsible for the contents.
has not responsible for the contents.
is not responsible for the contents.
NECK, BOX 5000
P.O. Box 5000, TN 37353
Whiteman City, TN 37353