# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Leonard Green | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: November 13, 2009

Young Bok Song
Northeast Correctional Complex
P.O. Box 5000
Mountain City, TN 37683

      Re:  Case No. 09-5480, *Young Song v. Brett Gipson, et al*
           Originating Case No. : 09-00239

Dear Mr. Song,

   Your motion for appointment of counsel and your appellant brief are now before the Court for

Review.  As soon as a ruling is issued, you will be advised.

                      Sincerely yours,

                      s/Cheryl Borkowski
                      Case Manager
                      Direct Dial No. 513-564-7035
                      Fax No. 513-564-7094