No. 09-5480

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Dec 14, 2009
LEONARD GREEN, Clerk

| | | |
|---|---|---|
| YOUNG BOK SONG, | ) | |
| | ) | |
| Plaintiff-Appellant, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| BRETT M. GIPSON, Det.; JOHN DOE, I; JOHN DOE, II, Police Officers in Nashville, Tennessee, | ) | |
| | ) | |
| Defendants-Appellees. | ) | |
| | ) | |

Young Bok Song, a Tennessee prisoner proceeding pro se, appeals a district court judgment dismissing his civil rights complaint filed pursuant to 42 U.S.C. § 1983. Pending are his motions for appointment of a Korean-language interpreter and for appointment of counsel. Upon consideration, both motions are granted.

Kenneth Kim has indicated that he is willing to serve as Song's interpreter. We therefore appoint Mr. Kim to serve in that capacity. Because this is a civil rights case, such service is pro bono. We direct the clerk to find an attorney to represent Song pro bono. 28 U.S.C. § 1915(e)(1). We also direct counsel to work with Mr. Kim to ensure that Song understands the proceedings and the contents of counsel's brief.

ENTERED BY ORDER OF THE COURT

Leonard Green
Clerk